

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2022

No. 04-22-00444-CR

George Joshua **WASHINGTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR9797
Honorable Frank J. Castro, Judge Presiding

# O R D E R

The reporter's record was due on August 16, 2022. Ms. Erminia Ulviedo is the court reporter responsible for preparing, certifying, and filing the reporter's record in this appeal. On August 25, 2022, Ms. Ulviedo filed a Notification of Late Record stating her other duties or activities precluded working on the record and she anticipated the record will be complete by September 24, 2022. The request for additional time is GRANTED. Ms. Ulviedo is ORDERED to file the reporter's record **no later than September 26, 2022**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court